### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

_____

|  |  |  |
|---|---|---|
| **WILLIAM SHULAR**, | ) | **Case No.** 1:20-cv-01293-CAP |
|  | ) |  |
| *Plaintiff*, | ) |  |
|  | ) |  |
| **v.** | ) |  |
|  | ) |  |
| **LG CHEM, LTD and LG CHEM** | ) | PLAINTIFF'S NOTICE |
| **AMERICA, INC.** | ) | OF RELATED CASE |
|  | ) |  |
| *Defendants*. | ) |  |
|  | ) |  |

_____ )

## NOTICE OF RELATED CASE

COMES NOW, Plaintiff William Shular, by and through his attorneys of record, and hereby gives notice that this case, *Shular v. LG Chem, Ltd. et al.*, case no. 1:20-cv-01293-CAP, is related to the previously filed case in the United States District Court, Northern District of Georgia, *Roach v. LG Chem, Ltd. et al.*, 1:20-cv-01277-CAP, also before the Honorable Charles A. Pannell, Jr.

Both cases involve the same allegations against the same defendants. These cases allege that Defendant LG Chem, Ltd. is a multi-national chemical-based company founded in Korea that manufactures and sells lithium-ion batteries; that Defendant LG Chem America, Inc. is the wholly owned subsidiary of Defendant LG Chem, Ltd. which distributes and sells various LG products, including lithium-

ion batteries; that the Plaintiffs in each case purchased defective and dangerous LG

18650 lithium-ion batteries manufactured, distributed, and/or sold by Defendants

LG Chem, Ltd. and LG Chem America, Inc.; that suddenly and without warning

the purchased LG batteries exploded while housed in the Plaintiffs' clothing

pockets; that both defendants are liable for the explosions caused by the defective

LG 18650 lithium-ion batteries that injured the Plaintiffs; and that the Plaintiffs

each experienced excruciating burn pain and sustained serious, permanent physical

and emotional injuries as a result of the defective LG battery explosions.  These

cases involve the same defendants, the same defective product, and the same

resulting explosion and injuries.  As these cases will therefore rely on the same or

similar evidence and require analysis under the same or similar legal authority, the

cases are related.

Accordingly, Plaintiff William Shular respectfully requests that the instant

case, *Shular v. LG Chem, Ltd. et al.*, case no. 1:20-cv-01293-CAP, be related to

*Roach v. LG Chem, Ltd. et al.*, 1:20-cv-01277-CAP.

Respectfully submitted,

Dated:  April 15, 2020                     */s/ David A. Sleppy*
                                           David A. Sleppy
                                           **Cathey & Strain, LLC**
                                           P.O. Box 689
                                           Cornelia, GA 30531
                                           706-778-2601 (telephone)
                                           706-776-2899 (facsimile)
                                           DSleppy@catheyandstrain.com

*/s/ Angela J. Nehmens*
Angela J. Nehmens (CA Bar No. 309433)
*Admitted Pro Hac Vice*
**Levin Simes Abrams, LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
anehmens@levinsimes.com

***Attorneys for Plaintiff***

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.