IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| **WILLIAM SHULAR,** | Case No. 1: 20-cv-01293-SDG |
| *Plaintiff*, | |
| v. | |
| **LG CHEM, LTD and LG CHEM AMERICA, INC.** | |
| *Defendants*. | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT LG CHEM AMERICA, INC. WITH PREJUDICE AND SUPPORTING MEMORANDUM OF LAW**

Plaintiff William Shular hereby files this Motion for Voluntary Dismissal of Defendant LG Chem America Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2), requesting the Court enter an order dismissing Defendant LG Chem America, Inc. from this action with prejudice.

I.   **INTRODUCTION AND CASE BACKGROUND**

This is a products liability and negligence action involving the spontaneous explosion of a lithium-ion battery cell.  Plaintiff filed his complaint on March 25, 2020 naming the alleged manufacture of the battery LG Chem Ltd.  ("LG Korea") and its wholly owned subsidiary LG Chem America Inc. ("LGCAI").  Plaintiff

1

asserted claims based on design defect, manufacturing defect, failure to warn, and negligence against LG Korea and LGCAI. LG Korea is a Korean corporation which is alleged to be the manufacturer of the battery. LGCAI is a Georgia Corporation with its principal place of business located in the state as well. On October 9, 2020, Plaintiff filed an Omnibus Motion to Transfer this case on which this Court is yet to rule.

On February 19, 2021, Plaintiff's counsel took the deposition of LGCAI's corporate representative, Hyunsoo Kim. During this deposition, Plaintiff learned for the first time that LGCAI did not sell or distribute batteries to anyone after May of 2016. While Plaintiff does not know why LGCAI and its counsel decided not to disclose this exonerating evidence at the outset of the litigation, during written discovery, or during the numerous meet and confer sessions that occurred between counsel, it is evident that a liability case does not lie against LGCAI here, where Plaintiff purchased the subject battery after May of 2016. Plaintiff now seeks to voluntarily dismiss Defendant LGCAI with prejudice.

## II.     **LEGAL ARGUMENT**

"Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Fed. R. Civ. P. 41(a)(2). A court should freely grant a motion for voluntary dismissal as long as the nonmovant will not be prejudiced. *Versa Prods., Inc. v Home Depot,*

*USA Inc.*, 387 F.3d 1325, 13727 (11th Cir. 2003); *see* Fed. R. Civ. P. 41(a)(2). "Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Fed. R. Civ. P. 41(a)(2).

Here, in light of the fact that Defendant LGCAI. could not be involved in the sale or distribution of the subject battery that harmed Plaintiff, voluntary dismissal of LGCAI is appropriate. Therefore, Plaintiff seeks voluntary dismissal of Defendant LG Chem America, Inc., with prejudice.

## II.     CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests this Court grant Plaintiff's Motion to Dismiss Defendant LGCAI with prejudice.

Dated March 3, 2021                                    Respectfully submitted,
                                                       */s/ Angela J. Nehmens*

William A. Levin
*Admitted Pro Hac Vice*
Angela J. Nehmens
*Admitted Pro Hac Vice*
**LEVIN SIMES ABRAMS, LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Phone: (415) 426-3136
Fax: (415) 426-3001
wlevin@levinsimes.com
anehmens@levinsimes.com

*/s/ David A. Sleppy*_____
David A. Sleppy
**Cathey & Strain, LLC**
P.O. Box 689
Cornelia, GA 30531
Phone: 706-778-2601
Fax: 706-776-2899
DSleppy@catheyandstrain.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on March 3, 2021, which shall automatically send email notification of such filing to all CM/ECF participants.

This 3rd day of March 2021.                              */s/ Angela J. Nehmens*